**STATE of Missouri, Respondent,**

v.

**Oren G. GAMBLE, Appellant.**

**No. WD 39924.**

Missouri Court of Appeals,
Western District.

Aug. 2, 1988.

Motion for Rehearing and/or Transfer to Supreme Court Denied Oct. 4, 1988.

Application to Transfer Denied
Nov. 15, 1988.

Sean D. O'Brien, Public Defender, David S. Durbin, Asst. Public Defender, Kansas City, for appellant.

William L. Webster, Atty. Gen., Jefferson City, Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before COVINGTON, J., P., and NUGENT and GAITAN, JJ.

PER CURIAM:

ORDER

Appeal from conviction of burglary in the second degree, § 569.170, RSMo 1986,

and sentence of fifteen years' imprisonment.

Affirmed. Rule 30.25(b).

**STATE of Missouri,
Plaintiff–Respondent,**

v.

**Bill RINGENBERG,
Defendant–Appellant.**

**No. 54213.**

Missouri Court of Appeals,
Eastern District,
Division One.

Aug. 2, 1988.

Motion for Rehearing and/or Transfer to Supreme Court Denied Sept. 12, 1988.

Application to Transfer Denied
Nov. 15, 1988.

C. Christy Barton, Jefferson City, for defendant-appellant.

H. Scott Summers, Pros. Atty., Kahoka, for plaintiff-respondent.

ORDER

PER CURIAM.

Defendant appeals after a jury convicted him of third degree assault. We affirm. An extended opinion would serve no jurisprudential purpose. The parties have been furnished with a memorandum for their information only setting forth the reasons for our order affirming the judgment pursuant to Rule 30.25(b).